**Order entered July 23, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-00230-CV**

**IN RE NOE D. FLORES, Relator**

**Original Proceeding from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-00005-2019**

**ORDER**
Before Justices Osborne, Pedersen, III, and Goldstein[1]

Before the Court is relator's April 9, 2021 petition for writ of mandamus. We request that real party in interest and respondent file a response, if any, that addresses the specific issue of relator's complaints regarding the trial court's failure to issue temporary orders for more than 120 days after a hearing, which left the children in the possession of the maternal grandmother over that same period without the required statutory findings of "serious, immediate harm" and

---

[1] J., Goldstein, would not request a response but would deny the petition for writ of mandamus without prejudice to refiling because the docket sheet entries relied upon by relator are inherently unreliable notations of the trial court's rulings upon which to grant mandamus relief. *See In re Latimer*, No. 05-14-01099-CV, 2014 WL 4288886, at *1 (Tex. App.—Dallas Aug. 29, 2014, orig. proceeding).

"significant impairment." The response shall be filed within **TWENTY DAYS** of this order.

Also before the Court is relator's July 12, 2021 motion to give precedence to the petition for writ of mandamus. We **GRANT** the motion.


/s/     LESLIE OSBORNE
            JUSTICE